AUSTIN v. STATE.    (No. 4887.)

(Court of Criminal Appeals of Texas.    Feb. 13, 1918.)

CRIMINAL LAW ☞1086(13) — RECORD—MATTERS TO BE SHOWN—SENTENCE.

The Court of Criminal Appeals has no jurisdiction of an appeal from a conviction for felony, where the record fails to show sentence.

Appeal from District Court, San Jacinto County; L. B. Hightower, Judge.

Anderson Austin was convicted of a felony, and he appeals.    Appeal dismissed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

MORROW, J.    Appellant was convicted of a felony, but the record fails to show sentence, which is essential to give this court jurisdiction of the appeal.    Branch's An. P. C. p. 308, § 667, and cases cited.

Appeal dismissed.

---

AUSTIN v. STATE.    (No. 4888.)

(Court of Criminal Appeals of Texas.    Feb. 13, 1918.)

CRIMINAL LAW ☞1086(13) — RECORD—MATTERS TO BE SHOWN—SENTENCE.

On appeal from a conviction for the theft of cotton seed of over the value of $50, the court has no jurisdiction, and the appeal will be dismissed, where there is no sentence in the record.

Appeal from District Court, San Jacinto County; L. B. Hightower, Judge.

Anderson Austin was convicted of theft, and he appeals.    Appeal dismissed.

E. B. Hendricks, Asst. Atty. Gen., for the State.

PRENDERGAST, J.    Appellant was convicted of the theft of cotton seed of over the value of $50, and assessed the lowest punishment on his plea of guilty.

There is no sentence contained in the record.    This court, therefore, has no jurisdiction, and the case is dismissed.